# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

SHOPPER'S CORNER, INC.,
622 SOQUEL AVENUE
SANTA CRUZ, CALIFORNIA

V.

HUSSMAN CORPORATION
120 SOUTH CENTRAL AVENUE
CLAYTON, MISSOURI 63105

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C07 06437 RS

E-FILING



Filed FEB 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO: (Name and address of defendant)

HUSSMAN CORPORATION
120 SOUTH CENTRAL AVENUE
CLAYTON, MISSOURI 63105

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEVEN F. GRUEL
655 MONTGOMERY STREET, SUITE 1700
SAN FRANCISCO, CALIFORNIA 94111

an answer to the complaint which is herewith served upon you, within         days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE DECEMBER 21, 2007

(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE JANUARY 31, 2008 |
| Name of SERVER TERRY CUMMINGS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: MARAGARET WILSON, WHO ACCEPTED SERVICE FOR C T CORPORATION
818 W. 7th STREET, LOS ANGELES, CA 90017

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-31-2008
          Date

Signature of Server: Terrence Cummings

445 S. FIGUEROA ST
#3215, LOS ANGELES, CA 90071
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure