Peter M. Hart, (State Bar No 107920)
Joseph A. Whitecavage, (State Bar No 154879)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
HUSSMANN CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHOPPERS CORNER, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HUSSMANN CORPORATION, a Missouri Corporation,<br><br>Defendant. | Case No.: C07 06437<br><br>STIPULATION TO ENLARGE TIME FOR DEFENDANT HUSSMANN CORPORATION TO RESPOND TO COMPLAINT<br><br>Complaint Filed: December 21, 2007<br>Trial Date: None |

Plaintiff SHOPPERS CORNER, INC., by and through its designated attorney of record, Steven F. Gruel, Esq., hereby stipulates to enlarge the time for defendant HUSSMANN CORPORATION to answer or otherwise respond to plaintiff's Complaint up to and including March 14, 2008.

Dated: February 20, 2008

Plaintiff:
SHOPPERS CORNER, INC.

By: Steven F. Gruel, Esq.

U.S.D.C Case No. Civ. C07 06437                                     1

STIPULATION TO ENLARGE TIME FOR DEFENDANT HUSSMANN CORPORATION
TO RESPOND TO COMPLAINT

{S0130136.1}