Peter M. Hart, (State Bar No 107920)
Joseph A. Whitecavage, (State Bar No 154879)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
HUSSMANN CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHOPPERS CORNER, INC., a California Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>HUSSMANN CORPORATION, a Missouri Corporation,<br><br>  Defendant. | Case No.: C07 06437 RS<br><br>[PROPOSED] ORDER DISMISSING CLAIMS FROM PLAINTIFF'S COMPLAINT<br><br>Date: May 28, 2008<br>Time: 9:30 a.m.<br>Courtroom: 4<br><br>Trial Date Not Set |

Defendant HUSSMANN CORPORATION's Motion to Dismiss the second, sixth, seventh and eighth causes of action from Plaintiff SHOPPERS CORNER, INC.'s Complaint came on regularly for hearing on May 28, 2008 at 9:30 a.m.

///

///

///

///

///

1  IT IS ORDERED THAT:

2  The Motion of Defendant HUSSMANN CORPORATION to dismiss the second, sixth,
3  seventh and eighth causes of action in Plaintiff SHOPPERS CORNER, INC.'s Complaint and
4  their corresponding prayers for relief is GRANTED, WITHOUT LEAVE TO AMEND.

5

6  Dated: May __, 2008                          _____

7                                               JUDGE OF THE DISTRICT COURT

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

U.S.D.C Case No. Civ. C07 06437
[PROPOSED] ORDER
{S0130871.1}