1  Peter M. Hart, (State Bar No 107920)
   Joseph A. Whitecavage, (State Bar No 154879)
2  WRIGHT, ROBINSON, OSTHIMER & TATUM
   44 Montgomery Street, 18th Floor
3  San Francisco, California 94104-4705
   Telephone: (415) 391-7111
4  Telefax: (415) 391-8766

5  Attorneys for Defendant
   HUSSMANN CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHOPPERS CORNER, INC., a California Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>HUSSMANN CORPORATION, a Missouri Corporation,<br><br>            Defendant. | Case No.: C07 06437 RS<br><br>[PROPOSED] ORDER STRIKING PORTIONS OF PLAINTIFF'S COMPLAINT<br><br>Date: May 28, 2008<br>Time: 9:30 a.m.<br>Courtroom: 4<br><br>Trial Date Not Set |

Defendant HUSSMANN CORPORATION's Motion to Strike portions of Plaintiff SHOPPERS CORNER, INC.'s Complaint came on regularly for hearing on May 28, 2008 at 9:30 a.m.

///

///

///

///

///

1  IT IS ORDERED THAT:

2  The Motion of Defendant HUSSMANN CORPORATION to strike portions of Plaintiff SHOPPERS CORNER, INC.'s Complaint is GRANTED.

The particular portions of the Complaint to be struck are:

1. Page 6, ¶25, line 14: "causing great financial and psychological distress to its owners."
2. Page 15, line 11: "3. For reasonable attorney's fees according to proof;"
3. Page 15, line 20: "4. For reasonable attorney's fees according to proof;"
4. Page 16, line 2: "4. For attorney's fees according to proof;"
5. Page 17, line 1: "5. For reasonable attorney's fees"
6. Page 17, line 13: "3. For reasonable attorney's fees and costs;"
7. Page 17, line 22: "3. For reasonable attorney's fees and costs;"

Dated: May __, 2008

_____

JUDGE OF THE DISTRICT COURT