Peter M. Hart, (State Bar No 107920)
Joseph A. Whitecavage, (State Bar No 154879)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
HUSSMANN CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHOPPERS CORNER, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HUSSMANN CORPORATION, a Missouri Corporation,<br><br>Defendant. | Case No.: C07 06437<br><br>**STIPULATION TO ENLARGE TIME FOR DEFENDANT HUSSMANN CORPORATION TO ANSWER COMPLAINT**<br><br>Complaint Filed: December 21, 2007<br>Trial Date: None |

Plaintiff SHOPPERS CORNER, INC. and Defendant HUSSMANN CORPORATION, by and through their designated attorneys of record, hereby stipulate to enlarge the time for Defendant to answer Plaintiff's Complaint until after the Court rules on Defendants' motion to dismiss (F.R.C.P. Rule 12(b)(6)) and motion to strike (F.R.C.P. Rule 12(f)), filed herewith.

///

///

///

///

///

1

U.S.D.C Case No. Civ. C07 06437

STIPULATION TO ENLARGE TIME FOR DEFENDANT HUSSMANN CORPORATION
TO ANSWER COMPLAINT

1       The parties further stipulate that the hearing on Defendant's motion to dismiss and motion

2   to strike shall be held at 9:30 a.m. on May 28, 2008, or as soon thereafter as counsel may be

3   heard.

4

5

6   Dated:  March 13, 2008

7

   Plaintiff:                                            /s/ Steven F. Gruel

8   SHOPPERS CORNER, INC.                    By:  Steven F. Gruel, Esq.

9

10

11  Dated:  March 13, 2008

12

13  Defendant:                                            /s/ Joseph A. Whitecavage

   HUSSMAN CORPORATION                    By:  Joseph A. Whitecavage, Esq.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

---