**\*E-FILED\***
**March 31, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOPPERS CORNER, INC., | No. C 07-06437 RS |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| HUSSMANN CORPORATION, | |
| Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The case management conference in the above-captioned matter currently set for April 9, 2008 at 2:30 p.m. has been continued to **May 28, 2008 at 9:30 a.m.**

Dated: March 31, 2008

    For the Court,
RICHARD W. WEIKING, Clerk

By: /s/ Martha Parker Brown
     Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT THIS NOTICE WAS DELIVERED TO:**

2  Steven Francis Gruel     attystevengruel@sbcglobal.net, steven@bluecoltinvestigations.com

3  Peter Michael Hart     p.hart@wrightrobinson.com

4  Joseph Anthony Whitecavage     jwhitecavage@wrightrobinson.com

6  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

2