Peter M. Hart (State Bar No. 107920)
Joseph A. Whitecavage (State Bar No. 154879)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
HUSSMANN CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHOPPERS CORNER, INC., a California Corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>HUSSMANN CORPORATION, a Missouri Corporation,<br><br>       Defendant. | Case No.: C07 06437 RS<br><br>**DEFENDANT HUSSMANN CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Trial Date Not Set |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    Defendant Hussmann Corporation is a wholly owned subsidiary of Ingersoll-Rand Company Limited, a publicly traded company.

Dated: April 3, 2008          WRIGHT, ROBINSON, OSTHIMER & TATUM

                                  /s/ Peter M. Hart
                            PETER M. HART
                            JOSEPH A. WHITECAVAGE
                            ATTORNEYS OF RECORD FOR DEFENDANT
                            HUSSMANN CORPORATION

U.S.D.C Case No. Civ. C07 06437
DEFENDANT HUSSMANN CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
{S0131230.1}