# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Shoppers Corner, Inc., | 07-06437 RS ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Hussmann Corporation, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Arthur D. Levy**
Levy Ram & Olson LLP
639 Front St
4th Flr
San Francisco, CA 94111-1913
(415) 433-4949

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-06437 RS ENE                              - 1 -

1   Counsel are reminded that the written ENE statements required by the ADR L.R.
2   5-8 shall NOT be filed with the court.

4   Dated: April 29, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-06437 RS ENE                                - 2 -