Peter M. Hart (State Bar No. 107920)
Joseph A. Whitecavage (State Bar No. 154879)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
HUSSMANN CORPORATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SHOPPERS CORNER, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HUSSMANN CORPORATION, a Missouri Corporation,<br><br>　　　　Defendant. | Case No.: C07 06437 RS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Date: May 28, 2008<br>Time: 9:30 a.m.<br>Courtroom: 4 |

REQUEST FOR REASSIGNMENT TO A UNITED DISTRICT JUDGE:

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 15, 2008　　　　　　Signature____/S/ PETER M. HART_____
　　　　　　　　　　　　　　　　Counsel for Defendant HUSSMANN CORPORATION

U.S.D.C Case No. Civ. C07 06437
DECLICATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
{S0132934.1}

1