STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253

Attorney for SHOPPER'S CORNER, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHOPPER'S CORNER, INC., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> HUSSMANN CORPORATION, a Missouri Corporation <br><br> Defendant. | Case No. C07-06437-RS <br><br> **PLAINTIFF SHOPPER'S CORNER, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff Shopper's Corner, Inc. is a California corporation. Jim Beauregard is the President and sole shareholder of Shopper's Corner, Inc.

Dated:  May 15, 2008            Respectfully Submitted,


            _/s/_____
            STEVEN F. GRUEL
            Attorney for SHOPPERS CORNER, INC