Peter M. Hart, (State Bar No 107920)
Joseph A. Whitecavage, (State Bar No 154879)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
HUSSMANN CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHOPPERS CORNER, INC., a California Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>HUSSMANN CORPORATION, a Missouri Corporation,<br><br>        Defendant. | Case No.:C07 06437<br><br>NOTICE OF CHANGE OF FIRM NAME |

Effective June 1, 2008, WRIGHT, ROBINSON, OSTHIMER & TATUM will change its name to LeClairRyan, LLP. Our address and telephone number will remain the same.

Dated: June 2, 2008

WRIGHT, ROBINSON, OSTHIMER & TATUM

By _____
PETER M. HART
JOSEPH A. WHITECAVAGE
Attorneys for Defendant
HUSSMANN CORPORATION

NOTICE OF CHANGE OF FIRM NAME

{S0132184.1}