1 | Peter M. Hart (State Bar No. 107920)
2 | Joseph A. Whitecavage (State Bar No. 154879)
  | LeClairRyan LLP
  | 44 Montgomery Street, 18th Floor
3 | San Francisco, California 94104-4705
  | Telephone: (415) 391-7111
4 | Telefax: (415) 391-8766

5 | Attorneys for Defendant
  | HUSSMANN CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SHOPPERS CORNER, INC., a California Corporation, | Case No.: C07 06437 JW |
| Plaintiff, | AMENDED NOTICE OF MOTION TO STRIKE (FRCP 12(f)) |
| v. | Date: October 20, 2008 |
| HUSSMANN CORPORATION, a Missouri Corporation, | Time: 9:00 a.m. |
| | Courtroom: 8 |
| Defendant. | Trial Date Not Set |

TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that defendant HUSSMAN CORPORATION's Motion to Strike (FRCP 12(f)) previously scheduled for hearing on May 28, 2008 has been rescheduled for hearing on October 20, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, in

///

///

///

///

U.S.D.C. Case No. Civ. C07 06437
AMENDED NOTICE OF MOTION TO STRIKE (FRCP 12(f))

{S0133710.1}

1   Courtroom 8 of the Honorable James Ware, in the above-entitled Court located at 280 South First

2   Street, San Jose, CA 95133.

3

4   Dated: June 4, 2008                          LeClairRyan LLP

5

6

7                                                    /s/ Peter M. Hart
                                                PETER M. HART
8                                               JOSEPH A. WHITECAVGE
                                                ATTORNEYS FOR DEFENDANT
9                                               HUSSMANN CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S.D.C. Case No. Civ. C07 06437
AMENDED NOTICE OF MOTION TO STRIKE (FRCP 12(f))

{S0133710.1}