1  Peter M. Hart (State Bar No. 107920)
   Joseph A. Whitecavage (State Bar No. 154879)
2  LeClairRyan LLP
   44 Montgomery Street, 18th Floor
3  San Francisco, California 94104-4705
   Telephone: (415) 391-7111
4  Telefax: (415) 391-8766

5  Attorneys for Defendant
   HUSSMANN CORPORATION
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12 SHOPPERS CORNER, INC., a California      Case No.: C07 06437 JW
   Corporation,
13
              Plaintiff,                    AMENDED NOTICE OF
14                                          MOTION TO DISMISS (FRCP12(b)(6))
       v.
15                                          Date: October 20, 2008
   HUSSMANN CORPORATION, a Missouri         Time: 9:00 a.m.
16 Corporation,                             Courtroom: 8

17            Defendant.                    Trial Date Not Set

18

19

20

21       TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

22       PLEASE TAKE NOTICE that defendant HUSSMAN CORPORATION's Motion to

23 Dismiss For Failure to State Claims Upon Which Relief Can Be Granted (FRCP 12(b)(6))

24 previously scheduled for hearing on May 28, 2008 has been rescheduled for hearing on October

25 ///

26 ///

27 ///

28 ///

                                                                                        1
U.S.D.C. Case No. Civ. C07 06437
            AMENDED NOTICE OF MOTION TO DISMISS (FRCP 12(b)(6))

{S0133711.1}

1  20, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8 of the
2  Honorable James Ware, in the above-entitled Court located at 280 South First Street, San Jose,
3  CA 95133.

5  Dated: June 4, 2008                    LeClairRyan LLP

8      /s/ Peter M. Hart
   PETER M. HART
9     JOSEPH A. WHITECAVGE
   ATTORNEYS FOR DEFENDANT
10    HUSSMANN CORPORATION

U.S.D.C. Case No. Civ. C07 06437
AMENDED NOTICE OF MOTION TO DISMISS (FRCP 12(b)(6))

{S0133711.1}