STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for SHOPPERS CORNER. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHOPPERS CORNER, INC., ) | No. C-07-06437-JW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | TO CONTINUE CASE MANAGEMENT |
| Vs. ) | CONFERENCE FROM JUNE 9, 2008 TO |
| ) | JULY 7, 2008; and |
| HUSSMANN CORPORATION, ) | |
| ) | REQUEST FOR CONTINUED |
| Defendant. ) | PARTICIPATION OF THE NEUTRAL |
| ) | EVALUTION PROGRAM |

The parties hereby stipulate that the Case Management Conference (CMC) in the above captioned case scheduled for June 9, 2008 at 10:00 a.m. be rescheduled to July 7, 2008 at 10:00 a.m.

Counsel for the plaintiff has a personal matter that will require him to be out of the state during the week of June 9, 2008. The proposed date of July 7, 2008 has been discussed with the Court's Clerk and the Court is available for the CMC on that date.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE FROM JUNE 9, 2008 TO JULY 7, 2008

- 1

Further, the parties have initiated the Early Neutral Evaluation Program as part of the District's ADR requirement. In a previous conference with assigned Early Neutral Evaluator Mr. Arthur D. Levy, the parties were informed that a stipulation and this Court's Order would be necessary to continue the time allotment for the Early Neutral Evaluation Program. Just recently, as a result of this action being reassigned to Judge Ware, defendant re-noticed the hearing on its motion to dismiss pursuant to F.R.C.P. Rule 12(b)(6) and its motion to strike certain portions of plaintiff's complaint pursuant to F.R.C.P. Rule 12(f) to October 20, 2008. The parties and Mr. Levy believe the ADR process would be most effective if it is conducted after the Court has had an opportunity to rule on defendant's motions. Therefore, the parties respectfully request that Mr. Levy be authorized to continue with and the time allotment for the Early Neutral Evaluation Program be extended until November 21, 2008.

Upon this Court's Order, the parties will notify Mr. Levy regarding the continuation of the time for the Early Neutral Evaluation Program.

SO STIPULATED:

DATED: 06/05/08

\_\_/s/_____
STEVEN F. GRUEL
Attorney for Shoppers Corner, Inc.

DATED: 06/05/08

\_\_/s/_____
JOSEPH A. WHITECAVAGE
Attorney for Hussmann Corporation

[PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the Court continues the Case Management Conference (CMC) in the above captioned case scheduled for June 9, 2008 at 10:00 a.m. to July 7, 2008 at 10:00 a.m.

Further, because the parties have initiated the Neutral Evaluation Program with Mr. Arthur D. Levy as part of the District's ADR requirement, Mr. Levy is hereby authorized to continue with and the time allotment for the Early Neutral Evaluation Program is extended until November 21, 2008.

The parties will notify Mr. Levy regarding the continuation of the time for the Neutral Evaluation Program.

IT IS SO ORDERED.

_____
JAMES WARE
U.S. District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE FROM JUNE 9, 2008 TO JULY 7, 2008

- 3 -