# LEVY, RAM & OLSON LLP
## ATTORNEYS

May 27, 2008

Steven F. Gruel
Law Office of Steven F. Gruel
655 Montgomery Street
Suite 1700
San Francisco, CA 94111

Joseph A. Whitecavage
Wright, Robinson, Osthimer & Tatum
44 Montgomery Street
18th Floor
San Francisco, CA 94104-4705

    Re:   Shoppers Corner, Inc. v. Hussmann Corporation
            Case No. C 07-06437 RS

Dear Counsel:

    This is to confirm that the early neutral evaluation session in this case has been scheduled for 10:00 a.m. on July 29, 2008 this office. ENE briefs will be exchanged and submitted to me no later than the close of business on July 22, 2008. These dates reflect the recent Order vacating the dates previously set by the Magistrate Judge. I understand that the parties will nevertheless be submitting a stipulation and Order to the Court extending the deadline for completing the ENE until August.

    Jim Beauregard will be present for the plaintiff, and either Evan Turtz or Paul Noreen will be the party representative for defendant.

    I look forward to assisting you in this case.

                        Very truly yours,

                        Arthur D. Levy

ADL:cfp

F:\Docs\603-00\Shoppers Corner sched ltr.wpd