STEVEN F. GRUEL (CSBN 213148)
100 Pine Street, Suite 600
San Francisco, California 94111
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for SHOPPERS CORNER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHOPPERS CORNER, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> HUSSMAN CORPORATION, INC., ) <br> ) <br> Defendant. ) <br> ) | No. C-07-06437-JW <br><br> DEFENSE COUNSEL'S NOTICE OF CHANGE OF ADDRESS <br><br> Local Rule: Civ. L. R. 3-11(a) |

Plaintiff's counsel's new address is now:

STEVEN F. GRUEL
Law Offices of Steven F. Gruel
100 Pine Street, Suite 600
San Francisco, California 94111

Respectfully Submitted,

Dated: September 3, 2008

_____
STEVEN F. GRUEL
Attorney for Shoppers Corner, Inc.