Peter M. Hart, (State Bar No 107920)
Joseph A. Whitecavage, (State Bar No 154879)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
HUSSMANN CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHOPPERS CORNER, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUSSMANN CORPORATION, a Missouri Corporation,<br><br>　　　　Defendant. | Case No.: C07 06437 RS<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST FOR CONTINUED PARTICIPATION IN THE COURT'S NEUTRAL EVALUATION PROGRAM<br><br>Trial Date Not Set |

　　　　The parties have initiated the Early Neutral Evaluation Program as part of the District Court's ADR requirement.  The parties had previously scheduled an evaluation before Early Neutral Evaluator Mr. Arthur D. Levy for November 5, 2008, with the expectation that the Court would have ruled on defendant's motion to dismiss pursuant to F.R.C.P. Rule 12(b)(6) and motion to strike certain portions of plaintiff's complaint pursuant to F.R.C.P. Rule 12.  While those motions were heard by this Court on October 20, 2008, the Court has yet to issue its rulings.

1

U.S.D.C Case No. Civ. C07 06437
STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST FOR CONTINUED PARTICIPATION IN THE COURT'S NEUTRAL EVALUATION PROGRAM

Additionally, it was not possible for defendant to have a representative available in person for the evaluation on November 5, 2008. Mr. Levy informed the parties that he could not proceed without representatives of the parties being present, unless otherwise excused by the Court. For that reason, the Evaluation did not take place on November 5, 2008.

The Court has once previously extended the time allotment for the Early Neutral Evaluation to allow for its ruling on defendant's motions. The current time allotment provided by the Court ends November 21, 2008. Due to conflicting schedules, it is not possible for the parties to complete the Early Neutral Evaluation prior to that date.

In light of the above, the parties respectfully request that Mr. Levy be authorized to continue with and the time allotment for the Early Neutral Evaluation Program be extended until January 21, 2009, to allow for the pleadings to be settled and a mutually agreeable date for the Early Neutral Evaluation to be agreed upon by the parties and Mr. Levy.

Upon this Court's Order the parties will notify Mr. Levy regarding the continuation of the time for the Early Neutral Evaluation Program.

SO STIPULATED:

DATED: November 16, 2008

/s/
STEVEN F. GRUEL
Attorney for Shoppers Corner, Inc.

DATED: November 14, 2008

/s/
PETER M. HART
Attorney for Hussmann Corporation

2

U.S.D.C Case No. Civ. C07 06437
STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST FOR CONTINUED PARTICIPATION IN THE COURT'S NEUTRAL EVALUATION PROGRAM

\*\*\* ORDER PURSUANT TO STIPULATION \*\*\*

Since the parties have initiated the Neutral Evaluation Program with Mr. Arthur D. Levy as part of the District's ADR requirement, Mr. Levy is hereby authorized to continue with and the time allotment for the Early Neutral Evaluation Program is extended to January 21, 2009.

The parties will notify Mr. Levy regarding the continuation of the time for the Early Neutral Evaluation Program.

IT IS SO ORDERED.

Dated: November 24, 2008

_____
JAMES WARE
U.S. District Court Judge

3

U.S.D.C Case No. Civ. C07 06437
STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST FOR CONTINUED PARTICIPATION IN THE COURT'S NEUTRAL EVALUATION PROGRAM

# CERTIFICATE OF FILING

I hereby certify that on November 17, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notification of electronic filing to the following CM/ECF Participants and served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address, and served Chamber's Copy via Overnight Federal Express as follows:

Arthur D. Levy, Esq.
Levy Ram & Olson
639 Front Street, 4th Floor
San Francisco, CA 94111-1965
Telephone: (415) 433-4949
Fax: (415) 433-7311
e-mail: adl@lrolaw.com

Plaintiff's Counsel:
Steven F. Gruel, Esq.
100 Pine Street, Suite 600
San Francisco, CA 94111
Telephone: (415) 989-1253
Fax:  (415) 576-1442

CHAMBER'S COPY SERVED TO JUDGE
JAMES WARE
280 South 1st Street
Courtroom 8, 4th Floor
San Jose, CA 95113

By:  /s/ Peter M. Hart
Peter M. Hart
LeClairRyan LLP
44 Montgomery St., 18th Floor
San Francisco, CA  94104
(415) 391-7111, Fax (415) 391-8766
Peter. Hart@leclairryan.com

4

U.S.D.C Case No. Civ. C07 06437
STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST FOR CONTINUED PARTICIPATION IN THE COURT'S NEUTRAL EVALUATION PROGRAM