Peter M. Hart (State Bar No. 107920)
Joseph A. Whitecavage (State Bar No. 154879)
LeClairRyan LLP
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
HUSSMANN CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHOPPERS CORNER, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HUSSMANN CORPORATION, a Missouri Corporation,<br><br>Defendant. | Case No.: C07 06437 JW<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER GRANTING REQUEST FOR EXTENSION OF DISCOVERY PERIOD<br><br>Trial Date: November 4, 2009 |

The parties respectfully request that the Court grant an order extending the time for the parties to complete their discovery. On December 18, 2008 this Court entered a Modified Scheduling Order setting the close of all discovery on June 15, 2009. The parties are currently involved in taking depositions and completing written discovery, and are also involved in parallel settlement negotiations.

As a result of conflicts of schedule and the certain unavailability of counsel and witnesses, in part due to medical concerns, the parties do not believe they can reasonably complete all discovery by the June 15, 2009 deadline and therefore respectfully request that the

Case5:07-cv-06437-JW Document48 Filed06/12/09 Page2 of 3

Court grant an extension up to and including July 31, 2009 in which the parties may complete discovery.

The parties are not asking that the trial date or any other court mandated dates be changed.

SO STIPULATED:

DATED: June 2, 2009

/s/
STEVEN F. GRUEL
Attorney for Shoppers Corner, Inc.

DATED: June 2, 2009

/s/
PETER M. HART
Attorney for Hussmann Corporation

2

U.S.D.C Case No. Civ. C07 06437 JW
STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF DISCOVERY PERIOD

* * * ORDER PURSUANT TO STIPULATION * * *

Pursuant to their Stipulation, the parties are granted an extension of time up to and including July 31, 2009 in which to complete all discovery.

**All other deadlines shall remain unchanged.**

IT IS SO ORDERED.

Dated: June 11, 2009

JAMES WARE
U.S. District Court Judge