UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHOPPERS CORNER, INC., a California Corporation,<br><br>        Plaintiff,<br><br>  Vs.<br><br>HUSSMAN CORPORATION, a Missouri Corporation,<br><br>        Defendant. | No. C-07-006437-JW<br><br>**ORDER VACATING TRIAL DATES; SETTNG NEW PRELIMINARY PRETRIAL CONFERENCE** |

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

      Presently before the Court is Plaintiff's (Unopposed) Motion to Continue Trial Date. (Docket Item No. 69.) The Court finds good cause to GRANT Plaintiff's Motion. Accordingly, the October 26, 2009 Final Pretrial Conference and the November 4, 2009 Trial is VACATED. The Court sets a new Preliminary Pretrial Conference for **November 16, 2009 at 11 a.m**. On or before **November 6, 2009**, the parties shall file a Joint Preliminary Pretrial Conference Statement. The Statement shall include, among other things, an update on the parties' settlement efforts and the parties' proposed trial schedule.[1]

Dated: October 15, 2009

                                  JAMES WARE
                                  United States District Judge

---

[1] In light of this Order, the parties' Stipulation to Shorten time for hearing on Plaintiff's Motion is DENIED as moot. (Docket Item No. 70.)