Peter M. Hart (State Bar No. 107920)
Joseph A. Whitecavage (State Bar No. 154879)
LeClairRyan LLP
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
HUSSMANN CORPORATION



IT IS SO ORDERED AS MODIFIED
Judge James Ware
2/11/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHOPPERS CORNER, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HUSSMANN CORPORATION, a Missouri Corporation,<br><br>Defendant. | Case No. C 07-06437 JW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER GRANTING REQUEST FOR CONTINUANCE OF TRIAL DATE<br><br>Trial Date: June 16, 2010 |

The parties respectfully request that the Court continue the trial date in this action to a date not before June 23, 2010. Peter M. Hart, Esq., trial counsel for defendant Hussmann Corporation has a personal, family obligation out of state on June 14-15, 2010. Mr. Hart has learned that his daughter is now graduating from the University of Oregon on June 14, 2010. The University only recently changed the schedule of its commencement activities, necessitating this request for a continuance to allow defense trial counsel to attend his daughter's graduation on June 14, 2010 and move his daughter and her belongings out the following day. Defendant Hussmann Corporation will be severely prejudiced if its trial counsel of choice is not available to represent it at the jury selection on June 15, 2010 and trial set to commence the following day.

Counsel for plaintiff Shoppers Corner, Inc. has stipulated to this request for the continuance of the trial date and plaintiff will not be prejudiced thereby.

This would be the second continuance of the trial date in this action. Under the current schedule, the Final Pretrial Conference is scheduled for May 24, 2010, with Jury Selection on June 15, 2010. Trial sessions are scheduled for the afternoons of June 16-18 and June 22-24, 2010, with final arguments on June 29, and jury deliberations beginning June 30, 2010. A settlement conference before Magistrate Judge Howard R. Lloyd is scheduled for April 2, 2010.

The parties respectfully request that the Court vacate the current dates for jury selection and trial commencement and continue them such that jury selection and trial does not commence before June 22, 2010.

SO STIPULATED:

DATED: February 2, 2010

/s/
STEVEN F. GRUEL
Attorney for Shoppers Corner, Inc.

DATED: February 2, 2010

/s/
PETER M. HART
Attorney for Hussmann Corporation

2

U.S.D.C Case No. Civ. C07 06437 JW
STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST FOR CONTINUANCE OF TRIAL DATE

| | |
|---|---|
| 1 | <u>ORDER PURSUANT TO STIPULATION</u> |
| 2 | Pursuant to the parties' Stipulation, the trial date for this matter is continued |
| 3 | as follows: |
| 4 | Final Pretrial Conference remains on for **May 24, 2010 at 11:00 a.m.** |
| 5 | Jury Selection set for **June 22, 2010 at 9:00 a.m.**<br>Jury Trial Date and Sessions: |
| 6 | Sessions 1-3 **June 22 - 25, 2010, 1 p.m. to 4 p.m.** |
| 7 | Sessions 4-7 **June 29 - July 1, 2010, 1 p.m. to 4 p.m.**<br>Argue & Submit **July 2, 2010 , 1 p.m.** |
| 8 | Jury Deliberations **July 6, 2010 - July 9, 2010** |
| 9 | Dated: February 11, 2010        _/s/ James Ware_ |
| 10 | United States District Judge |

# CERTIFICATE OF FILING

I hereby certify that on February 2, 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notification of electronic filing to the following CM/ECF Participants and served Chamber's Copy via Overnight Federal Express as follows:

Plaintiff's Counsel:
Steven F. Gruel, Esq.
315 Montgomery Street, 9th Floor
San Francisco, CA 94104
Telephone: (415) 989-1253
Fax: (415) 449-3622

CHAMBER'S COPY SERVED TO JUDGE
JAMES WARE
280 South 1st Street
Courtroom 8, 4th Floor
San Jose, CA 95113

By: ___/s/ Peter M. Hart
Peter M. Hart
LeClairRyan LLP
44 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 391-7111, Fax (415) 391-8766
Peter.Hart@leclairryan.com