

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHOPPERS CORNER, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　Vs.<br><br>HUSSMAN CORPORATION, a Missouri Corporation,<br><br>　　　　　Defendant. | No. C-07-006437-JW<br><br>**ORDER VACATING ALL PRETRIAL AND TRIAL DEADLINES; SETTING STATUS CONFERENCE RE: SETTLEMENT** |

　　　　On April 2, 2010, Judge Lloyd filed a Minute Entry indicating that the above-entitled matter has reached a settlement.  (See Docket Item No. 78.)  In light of the settlement, the Court vacates all trial and pretrial dates.

　　　　The Court converts the May 24, 2010 Final Pretrial Conference to a Status Conference re: Settlement.  Thus, the parties shall appear on **May 24, 2010 at 10 a.m.**  On or before **May 14, 2010**, the parties either file a Stipulated Dismissal pursuant to Federal Rule of Civil Procedure 41(a) or a Joint Statement setting forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal.

　　　　The Conference will be automatically vacated if a Stipulated Dismissal is filed by May 14, 2010.

Dated:  April 22, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　United States District Judge