Peter M. Hart (State Bar No. 107920)
Joseph A. Whitecavage (State Bar No. 154879)
LeClairRyan LLP
44 Montgomery Street, 18th Floor
San Francisco, California  94104-4705
Telephone:  (415) 391-7111
Telefax:  (415) 391-8766

Attorneys for Defendant
HUSSMANN CORPORATION

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHOPPERS CORNER, INC., a California Corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>HUSSMANN CORPORATION, a Missouri Corporation,<br><br>         Defendant. | Case No.  C 07-06437 JW<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), each party to bear their own costs and fees, including attorneys' fees.

DATED: May 18, 2010

　　　　　　　　　　　　　　/s/ Steven F. Gruel
　　　　　　　　　　　　　　STEVEN F. GRUEL
　　　　　　　　　　　　　　Attorney for Shoppers Corner, Inc.

DATED: May 18, 2010

　　　　　　　　　　　　　　/s/ Peter M. Hart
　　　　　　　　　　　　　　PETER M. HART
　　　　　　　　　　　　　　Attorney for Hussmann Corporation